IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| RSUI INDEMNITY COMPANY, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 6:21-cv-03047-MDH |
| TOWER CONSULTANTS, INC., et al., | ) |
| Defendants. | ) |

## **VOLUNTARY DISMISSAL**

Comes now Plaintiff RSUI INDEMNITY COMPANY ("RSUI") and, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses this action with prejudice, at Plaintiff's cost.

Respectfully submitted,

**BUCKLEY & BUCKLEY, L.L.C.**

By: /s/ Ann E. Buckley
Martin J. Buckley    #37000
Ann E. Buckley       #26970
800 Market Street, Suite 2900
St. Louis, MO 63101
Telephone: (314) 621-3434
Facsimile: (314) 621-3485
mbuckley@buckleylawllc.com
abuckley@buckleylawllc.com

**Traub Lieberman Straus & Shrewsberry, LLP**

Michael S. Knippen, *Pro Hac Vice* to be filed
303 W. Madison St., Suite 1200
Chicago, IL 60606
mknippen@tlsslaw.com

*Attorneys for Plaintiff RSUI Indemnity Company*