IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| RSUI INDEMNITY COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:21-cv-03047-MDH |
| TOWER CONSULTANTS, INC., et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's Voluntary Dismissal (Doc. 8) wherein Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Ruls of Civil Procedure, voluntarily dismisses this action with prejudice, at Plaintiff's cost.

WHEREFORE, after reviewing the Voluntary Dismissal, the Court hereby dismisses this case in its entirety, with prejudice, with Plaintiff paying costs.

**IT IS SO ORDERED.**

DATED:   December 6, 2021

                                             */s/ Douglas Harpool*
                                             **DOUGLAS HARPOOL**
                                             **UNITED STATES DISTRICT JUDGE**